**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed March 22, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00329-CV

## JAMES CARROLL, Appellant

### V.

## THERMO FISHER SCIENTIFIC, INC.; VISUALIZATION SCIENCES GROUP, LLC D/B/A FEI HOUSTON COMPANY; AND FEI COMPANY, Appellees

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2018-28799**

### MEMORANDUM OPINION

This is an appeal from a final judgment signed April 7, 2021. On March 14, 2022, appellant proceeding pro se filed an unopposed motion dismiss the appeal "with prejudice." We construe the motion as one for voluntary dismissal under Texas Rule of Appellate Procedure 42.1(a)(1). So construed, the motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.